FILED
2009 Sep-07 AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **BERRY D. COLEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **3:08-cv-00003-CLS** |
| | ) | |
| **DARDEN RESTAURANTS, INC.** | ) | |
| **AND GMRI, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

COME NOW Plaintiff Berry D. Coleman ("Coleman") and Defendants Darden Restaurants, Inc. and GMRI, Inc. and submit this Joint Status Report as required by the Court pursuant to its Order of June 11, 2008.

(1) Discovery in this case closed April 30, 2009.

(2) Deadline for dispositive motions was June 1, 2009. None were filed.

(3) Deadline for exchanging witness lists and exhibit lists was July 14, 2009.

(4) Arbitration was conducted on July 30, July 31, August 26, August 27, and August 28, 2009.

(5) Arbitration transcript is to be provided to Arbitrator and counsel on or before September 18, 2009.

(6) Briefs are due from counsel to Arbitrator on or before October 19, 2009.

(7) Deadline for Arbitrator to submit his award is December 4, 2009.

Respectfully submitted,

/s/ Michael L. Weathers
Michael L. Weathers, Esq. WEA006
121 West Alabama Street,
Suite 8
Florence, Alabama 35630
Telephone: (256) 764-1318
Facsimile: (256) 764-1318
ATTORNEY FOR PLAINTIFF

/s/ Delaine R. Smith
Delaine R. Smith* – TN Bar No. 015027
Emily C. Pera* – TN Bar No. 023830
FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee 38120
Telephone: (901) 291-1535
Facsimile: (901) 291-1501
**admitted pro hac vice*

Marion Walker
Alabama Bar No. ASB-0734-L73M
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 244-5904
Facsimile: (205) 244-5901
ATTORNEYS FOR DEFENDANTS